THE STATE OF OHIO, APPELLEE, *v.* SOUTH, APPELLANT.

[Cite as *State v. South*, 120 Ohio St.3d 358, 2008-Ohio-6693.]

*Judgment of the court of appeals reversed and cause remanded.*

(No. 2008-0767 — Submitted December 17, 2008 — Decided
December 24, 2008.)

APPEAL from the Court of Appeals for Union County,
No. 14-07-40, 2008-Ohio-1143.

_____

{¶ 1}   The judgment of the court of appeals dismissing appellant's appeal to that court for lack of a final, appealable order is reversed.  The cause is remanded to the court of appeals to rule on the merits of appellant's assignment of error.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Alison Boggs, for appellant.

_____